# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE JAMES MALTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-0415 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 3, 2018<br><br>(Doc. 9) |

On October 3, 2018, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed. (Doc. 9) In the alternative, Plaintiff was directed to serve Defendant with a confidential letter brief and file proof of service with the Court. (*Id.* at 2) On October 10, 2018, Plaintiff filed a response and a proof of service, indicating the letter brief has been served. (Docs. 10, 11)

Accordingly, the Order to Show Cause dated October 3, 2018 (Doc. 9) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**October 10, 2018**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE