# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE JAMES MALTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-0415 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 19) |

Joe James Malta, and the Commissioner of Social Security stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs under 28 U.S.C. § 1920. (Doc. 19) Subject to the terms of the stipulation, the Court **ORDERS** fees and costs in the total amount of $6,107.67 are **AWARDED** to Joe James Malta.

IT IS SO ORDERED.

Dated: **November 1, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE